| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:02CR00034-01 GH |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-20163 D |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: THOMAS MUNN JR 2550 CAIRN RIDGE COVE GERMANTOWN, TN 38139 | DISTRICT Eastern District of Arkansas | DIVISION Western |
| | NAME OF SENTENCING JUDGE HONORABLE GEORGE HOWARD, JR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/19/04 — TO 4/18/07 |

OFFENSE

MAIL FRAUD

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF ARKANSAS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 18, 2005
*Date*

*signature* George Howard, Jr.
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 25, 2005
*Effective Date*

*signature*
*United States District Judge*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20163 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT