# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL 11 PM 1:08

U.S.A. vs. __Thomas Munn, Jr.__         Docket No. __2:05CR20163-01__

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### Petition on Probation and Supervised Release

COMES NOW __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Thomas Munn, Jr.__ who was placed on supervision by the Honorable __George Howard, Jr.__ sitting in the Court at __Little Rock, AR__ on the __11th__ day of __October, 2002__ who fixed the period of supervision at __three (3) years *__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for the first five (5) months of Supervised Release.
2. The defendant shall disclose financial information upon request of the U.S. Probation Office, but not limited to loans, lines of credit, and tax returns,. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office.
3. The defendant shall pay $79,500.00 in restitution at a rate of 10% of the defendant's monthly gross income. (Balance Owed: $78,274.76)

   * Supervision began on April 20, 2004.

**Jurisdiction was accepted and transferred to the Western District of Tennessee on April 25, 2005.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After having evaluated the defendant's personal and household income and expenses, it is recommended that the Court specifically order the following restitution payment plan as a Special Condition of Supervised Release.

The defendant has consented, as indicated by his signature on the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, to this modification.

**PRAYING THAT THE COURT WILL ORDER :** The defendant shall pay restitution in monthly installments of either $250.00, or at a rate of ten percent (10%) of the defendant's monthly gross income, whichever is greater.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 8th day of July 2005, and ordered filed and made a part of the records in the the above case.<br><br>Honorable Bernice B. Donald<br>United States District Judge | Edward E. Shaw<br>United States Probation Officer<br><br>Place: Memphis, TN<br><br>Date June 24, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-13-05

(3)

# United States District Court

### WESTERN District of TENNESSEE

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution in monthly installments of either $250, or at a rate of 10% of the defendant's monthly gross income, whichever is greater.

Witness: *[signature]*
Edward E. Shaw
U.S. Probation Officer

6-22-05

Date

Signed: *[signature]*
Thomas Munn, Jr.
Probationer/Supervised Releasee
TN/WD Dkt. No. 2:05-cr-20163

6-22-05

Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20163 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT